United States Court of Appeals
 for the district of columbia circuit

No. 00-3020 September Term, 2002
 89cr00036
 Filed On: September 17, 2002 [702326]

 United States of America, 
 
 Appellee
 v.

Michael Palmer,

 Appellant

 
 Before: Henderson, Randolph, and Rogers, Circuit Judges.

 O R D E R

 It is ORDERED by the court that the opinion filed by the court on July 19, 2002 be
amended to substitute "dismissing Palmer's petition to vacate his conviction as a successive
section 2255 motion under the AEDPA" for "requiring Palmer to request a certificate of
appealability pursuant to the AEDPA" in the final sentence of the opinion.

 Per Curiam

 For the Court:
 Mark Langer

 Clerk